## SENTENCE REVIEW DIVISION

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. PAUL CORBETT, Defendant.

## DECISION

No. DC-6021

The application of the above-named defendant for a review of the sentence of 10 years imposed on February 3, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board finds that the sentence was appropriate under the circumstances considering the Defendant's failure to fulfill the two prior opportunities that were given to him by Judge Green.

We wish to thank Jeff Ginalias of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.

## SENTENCE REVIEW DIVISION

John S. Henson, Chairman, Joseph B. Gary, Robert J. Boyd

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. HOWARD EDWARD GREENWELL, Defendant.

## DECISION

No. DC-82-61

The application of the above-named defendant for a review of the sentence of Count I, 10 years  2 years for weapon; Count II, 10 years  2 years for the use of a weapon; sentences to run concurrently; DANGEROUS, imposed on October 25, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board finds that the sentence imposed was just and proper.

We wish to thank Dan Schwarz of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.